**Robert TUTE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 05–3054.**

United States Court of Appeals, Federal Circuit.

April 19, 2005.

*ORDER*

LOURIE, Circuit Judge.

Upon consideration of Robert Tute's motion for reconsideration of this court's March 16, 2005 order dismissing his petition for review for failure to file an infor-

mal brief, the informal brief now submitted,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the court's March 16, 2005 order is vacated, and the petition is reinstated. The Merit Systems Protection Board should calculate its brief due date from the date of filing of this order.